AO 91 (Rev. 11/11)  Criminal Complaint

UNDER SEAL

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

F I L E D

DEC 2 7 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   1:19-MJ-548 |
| Tyler Pham | ) |
| | ) **UNDER SEAL** |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 2019 to December 2019__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

AUSAs Jay Prabhu and Bibeane Metsch

Sworn to before me and signed in my presence.

Date:  Dec. 27, 2019

City and state:  Alexandria, Virginia

*Complainant's signature*

Special Agent Donald A. Mockenhupt, FBI
*Printed name and title*

/s/
John F. Anderson
United States Magistrate Judge
*Judge's signature*

The Honorable John F. Anderson, U.S. Magistrate Judge
*Printed name and title*