

# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

☒ **Under Seal**

**Judge Assigned:** Anderson

**Place of Offense:**
- City: Fairfax
- County: Fairfax

**Superseding Indictment:** [blank]
**Same Defendant:** X
**Magistrate Judge Case No.:** 1:19-MJ-548
**Search Warrant Case No.:** [blank]

**Criminal No.:** [blank]
**New Defendant:** [blank]
**Arraignment Date:** [blank]
**R. 20/R. 40 From:** [blank]

Related Case No: 1:19-MJ-515

**Defendant Information:**
- **Defendant Name:** Tyler Pham
- **Alias(es):** [blank]
- ☐ Juvenile  **FBI No.:** [blank]
- **Address:** Fairfax, VA
- **Employment:** [blank]
- **Birth Date:** XX/XX/1983
- **SSN:** XXX-XX-4184
- **Sex:** Male
- **Race:** Asian
- **Nationality:** [blank]
- **Place of Birth:** Unknown
- **Height:** 5'4'
- **Weight:** 120 lbs
- **Hair:** Blonde
- **Eyes:** Brown
- **Scars/Tattoos:** Tattoo, left arm
- ☐ Interpreter  **Language/Dialect:** [blank]
- **Auto Description:** [blank]

**Location/Status:**
- **Arrest Date:** [blank]
- ☐ Already in Federal Custody as of: [blank] in: [blank]
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**
- **Name:** [blank]
- ☐ Court Appointed
- **Counsel Conflicts:** [blank]
- **Address:** [blank]
- ☐ Retained
- **Phone:** [blank]
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
- **AUSA(s):** Jay Prabhu and Bibeane Metsch
- **Phone:** 703-299-3700
- **Bar No.:** [blank]

**Complainant Agency - Address & Phone No. or Person & Title:**
Special Agent Donald A. Mockenhaupt, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 841 and 84 | Conspiracy to Distribute 50 Grams | 1 | Felony |
| Set 2: | | | | |

**Date:** December 27, 2019  **AUSA Signature:** [signature]

*may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):** [ ]

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[Print Form]   [Reset Form]