IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA |  |
| v. | Case No. 1:19-mj-548 |
| TYLER PHAM |  |
| *Defendant.* |  |

JAN  8 2020

## UNITED STATES' MOTION FOR UNSEALING
## OF CRIMINAL COMPLAINT AND ARREST WARRANT

The United States, by and through undersigned counsel, asks this Honorable Court for

entry of an Order unsealing the criminal complaint and arrest warrant in the above-captioned

case as well as the application for the arrest warrant and the affidavit in support of the criminal

complaint and arrest warrant and any other related materials.   Public disclosure of the

documents filed under seal will no longer jeopardize a pending criminal investigation.   A

proposed Order is submitted herewith for the convenience of the Court.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____

Bibeane Metsch
Assistant United States Attorney