IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:19-mj-548 |
| TYLER PHAM | |
| *Defendant.* | |

## ORDER

This matter having come before the Court on the United States' motion to unseal documents filed in the above-captioned case, and the Court having concluded that the United States has shown good cause, it is hereby

ORDERED that the criminal complaint and arrest warrant in the above-captioned case, the application for the arrest warrant and the affidavit in support of the criminal complaint and arrest warrant and any other related materials be unsealed.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
_____
The Honorable Theresa Carroll Buchanan
United States Magistrate Judge

Date: 1/8/2020
Alexandria, Virginia