JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                 U.S. District Court

**Place of Offense:**            Under Seal: Yes ___ No x___     Judge Assigned: LMB
City    Chantilly            Superseding Indictment ___         Criminal Number: 1:21-CR 66
County/Parish  Fairfax       Same Defendant   X      New Defendant ___
                             Magistrate Judge Case Number  1:19-MJ-548   Arraignment Date: ___
                             Search Warrant Case Number ___
                             R 20/R 40 from District of ___
                             Related Case Name and No: 1:20-cr-24; 1:20-cr-29, 1:20-cr-32; 1:20-cr-155; 1:20-cr-255; 1:20-cr-256

**Defendant Information:**
Juvenile --Yes___ No X  FBI # ___
**Defendant Name:** TYLER PHAM       Alias Name(s) ___
**Address:** Fairfax, VA
**Employment:** ___
**Birth date** 1983   **SS#** 4184   **Sex** M **Def Race** Asian   Nationality ___   Place of Birth Unknown
**Height** 5'04"  **Weight** 120  **Hair** Blonde  **Eyes** Brown  Scars/Tattoos  Tattoo, L Arm
   Interpreter: X No ___ Yes  List language and/or dialect: ___  Automobile Description ___

Location Status:
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody    ___ On Pretrial Release    x Not in Custody
X  Arrest Warrant Requested      X Fugitive                ___ Summons Requested
___ Arrest Warrant Pending       ___ Detention Sought      ___ Bond

Defense Counsel Information:
Name: ___                         ___ Court Appointed
Address: ___                      ___ Retained
Telephone: ___                    ___ Public Defender

Counsel conflicted out: Gregory T. Hunter, Alfredo Acin, Christopher Leibig, Steven D. Stone, Jay P. Mykytiuk, Cary Citronberg, Page Pate, Joni Robin, Yancey Ellis, Ed Ungvarsky

Federal Public Defender's Office conflicted out: Yes

U.S. Attorney Information:
AUSA  Bibeane Metsch
      Jay Prabhu          Telephone No: 703-299-3700       Bar # ___

Complainant Agency, Address & Phone Number or Person & Title:
FBI Special Agent Donald A. Mockenhaupt

U.S.C. Citations:

| Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1  21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine | 1 | Felony |
| Set 2 | | | |
| Set 3 | | | |

(May be continued on reverse)

Date: April 2, 2021    Signature of AUSA: _[signature]_ Digitally signed by Bibeane Metsch  Date: 2021.04.02 10:41:50 -04'00'