AO 442 (Rev. 11/11) Arrest Warrant

11049568 FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2021 NOV 17 P 12: 28

United States of America
v.
Tyler Pham

Case No. 1:21-CR-66

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tyler Pham,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in Violation of Title 21, United States Code, Sections 841(a)(1) and 846

Date: 04/08/2021

*Issuing officer's signature*

Judith Lanham, Deputy Clerk
*Printed name and title*

City and state: Alexandria, Virginia

---

**Return**

This warrant was received on *(date)* 12/27/19, and the person was arrested on *(date)* 11/16/21
at *(city and state)* Sterling, VA.

Date: 11/17/21

*Arresting officer's signature*

Special Agent Daniel McCoy, FBI
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____