|  |  |
|---|---|
|  | TYPE OF HEARING: R5 |
|  | CASE NUMBER: 1:21-cr-66 |
|  | MAGISTRATE JUDGE: Ivan D. Davis |
|  | DATE: 11/17/2021 |
|  | TIME: 2:00 p.m. |
| EASTERN DISTRICT OF VIRGINIA | RECORDING: FTR |
|  | DEPUTY CLERK: Laura Guerra |

UNITED STATES OF AMERICA

          VS.

Tyler Pham

**GOVT. ATTY:**     Bibeane Metsch

**DEFT'S ATTY:**     Frank Salvato

**DUTY AFPD:**

**INTERPRETER:** _____

Deft informed of rights, charges, and penalties ( )
Deft informed of rights, and the violations ( )
Court to appoint counsel ( ) Conflict previously submitted ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny ( )

Deft waives formal reading of indictment.

BOND:

Gov't seeks detention – Granted pending DH.
Deft remanded.


( ) DEFT IS REMANED TO THE CUSTODY OF THE USMS DUE TO
( ) RISK OF NON APPEARANCE (   ) SAFETY OF THE COMMUNITY
( ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

**NEXT COURT APPEARANCE: 11/18/2021 DH**

 **JUDGE: IDD**