AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States )
_Plaintiff_ )
v. ) Case No. 21-66
Tyler Pham )
_Defendant_ )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mr. Pham

Date: 11/17/21

_Attorney's signature_

Frank Salvato
_Printed name and bar number_

1203 Duke Street
_Address_

frank@salvatolaw.com
_E-mail address_

703-548-5000
_Telephone number_

703-739-0179
_FAX number_