|  |  |
|---|---|
|  | TYPE OF HEARING:  DH |
|  | CASE NUMBER:  1:21-cr-66 |
|  | MAGISTRATE JUDGE: Ivan D. Davis |
|  | DATE: 11/18/2021 |
|  | TIME: 2:00 p.m. |
| EASTERN DISTRICT OF VIRGINIA | TAPE: FTR RECORDER |
|  | DEPUTY CLERK: Laura Guerra |

UNITED STATES OF AMERICA

        VS.

__Tyler Pham_____

**GOVT. ATTY:**     Bibeane Metsch_____

**DEFT'S ATTY:**     Frank Salvato_____

**DUTY AFPD:**_____

**INTERPRETER:**_____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS ( )
COURT TO APPOINT COUNSEL ( )   FPD ( ) CJA ( ) Conflict List ( )

Gov't seeks detention. Deft argues for release with conditions – GRANTED. Deft placed on bond with conditions.  Deft remanded until all conditions are met.

BOND:


( )  DEFT IS REMANED TO THE CUSTODY OF THE USMS DUE TO
( ) RISK OF NON APPEARANCE ( x ) SAFETY OF THE COMMUNITY
( ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

**NEXT COURT APPEARANCE:**

**TIME:**

**JUDGE:**