# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 11/19/21  Judge: Brinkema  Reporter: A. Thomson
Time: 2:00pm - 2:10pm  Interpreter:
   Language:
   Probation Email:
   Jury Email:

## UNITED STATES OF AMERICA
   v.

   TYLER PHAM                       1:21cr66
   Defendant's Name                  Case Number

   Frank Salvato                    Bibeane Metsch
**Counsel for Defendant:**         **Counsel for Government**

**Matter called for:**
[X] Arraignment  [ ] Pre-Indictment Plea  [ ] Change of Plea  [ ] Motions
[ ] Sentencing  [ ] Revocation Hearing  [ ] Docket Call  [ ] Appeal (USMC)
[ ] Other
Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel

**Filed in open court:**
[X] Discovery Order  [ ] Information  [ ] Plea Agreement  [ ] Statement of Facts  [X] Waiver of Speedy Trial

**Arraignment & Plea:**
[X] WFA  [ ] FA  [ ] PG  [X] PNG  **Trial by Jury:** [X] Demanded  [ ] Waived
[X] 14 Days to file Motions with Argument on **SET AT LATER DATE**
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US [ ] Deft
[ ] Order entered in open court  [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: **04/04/22** at **10:00am** for:
[X] Jury Trial  [ ] Bench Trial  [ ] Sentencing  [ ] Status

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted  [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits  [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds  [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
 Court finds deft has made a knowing & voluntary waiver
 Protective order filed & entered in open court

**Deft is:** [ ] In Custody  [ ] Summons Issued  [X] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at:** $ _____  [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered  [ ] Deft Remanded  [ ] Deft Released on Bond  [X] Deft Continued on Bond