FILED
IN OPEN COURT

NOV 19 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES of AMERICA,    )
                             )
v.                           ) Criminal No. 1:21cr66
                             )
Tyler Pham,                  )
                             )
         Defendant(s)        )

WAIVER of RIGHTS PURSUANT TO TITLE 18,
UNITED STATES CODE, SECTION §3161(c)(1)

After consultation with my attorney, I am advised that the trial of a defendant charged in an information or indictment shall commence within SEVENTY (70) DAYS from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

Understanding this, I hereby consent to trial at such time as the Court may deem appropriate.

_____11/19/21_____                    _____
Date                                  Signature of Defendant

                                      _____
                                      Counsel for the Defendant

Seen & Agreed

_____            So Ordered
Government Counsel

                                      /s/ _____
                                      Leonie M. Brinkema
                                      United States District Judge

                                              11/19/21