IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA:

V.                             CR2100066-LMB

TYLER PHAM                     :

## ORDER

THIS CAUSE comes on for the defense motion to substitute Vinh Vu as Mr. Pham's third party custodian in this case and to permit Mr Pham to live with his wife, children, and Mrs. Vu;

IT APPEARING that such request is proper it is hereby;

ORDERED Mrs. Vu is now the third-party custodian and Mr Pham can move back with his wife and children.

ENTERED on this ____ day of December 2021.

_____

United States District Judge