IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)   1:21cr66 (LMB)<br>TYLER PHAM,  )<br>)<br>Defendant.  ) | |

## ORDER

Before the Court is defendant's Motion to Substitute Third Party Custodian, in which defendant asks that Vinh Vu be substituted as his third-party custodian and that he be permitted to live with his wife and children along with Mrs. Vu. Good cause being shown for the relief requested, the motion [Dkt. No. 28] is GRANTED, and it is hereby

ORDERED that Mrs. Vinh Vu be and is made the third-party custodian for defendant and defendant is permitted to live with his wife and children along with Mrs. Vu.

The Clerk is directed to forward copies of this Order to counsel of record and the United States Probation Office.

Entered this 21st day of December, 2021.

Alexandria, Virginia

/s/ *signature*

Leonie M. Brinkema
United States District Judge