IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA:
V.                              Criminal No. 21-66
TYLER PHAM                  :

### Waiver of Jury Form

Tyler Pham, by and through counsel, hereby waives his jury trial right given the fact his case is set for a plea on April 1, 2022 which will resolve the case. This form is being filed for the convenience of the Court and the parties given his trial date was scheduled for April 4, 2022.

_____   3-28-2022
Tyler Pham

_____   3/29/22
Frank Salvato, Counsel