# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

| | | |
|---|---|---|
| Date: 04/01/22 | Judge: Brinkema | Reporter: S. Austin |
| Time: 8:55am - 9:33am | | Interpreter: |
| | | Language: |
| | | **Probation Email**: x |
| | | **Jury Email**: x |
| | | Pretrial ofc present |

## UNITED STATES OF AMERICA
v.

| | |
|---|---|
| TYLER PHAM | 1:21cr66 |
| Defendant's Name | Case Number |

| | |
|---|---|
| Frank Salvato | Bibeane Metsch |
| **Counsel for Defendant:** | **Counsel for Government** |

**Matter called for:**
[ ] Arraignment  [ ] Pre-Indictment Plea  [X] Change of Plea  [ ] Motions
[ ] Sentencing  [ ] Revocation Hearing  [ ] Docket Call  [ ] Appeal (USMC)
[ ] Other _____

Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel

**Filed in open court:**
[ ] Discovery Order  [ ] Information  [X] Plea Agreement  [X] Statement of Facts  [ ] Waiver of Indictment

**Arraignment & Plea:**
[ ] WFA  [ ] FA  [X] PG  [ ] PNG  **Trial by Jury:** [ ] Demanded  [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[X] Deft entered Plea of Guilty as to Count(s) 1 of the [X] Indictment -- [ ] Criminal Information
[X] Plea accepted, **Guilty Count(s)** 1
[ ] Motion for Dismissal of Count(s) _____ by [ ] US  [ ] Deft
[ ] Order entered in open court  [ ] Order to follow
[ ] Deft advised of appeal rights *
[X] Deft directed to cooperate with USPO for PSI
[X] Deft directed to check in with USPO for PSI--- [X] Deft directed to check in with Pretrial
[X] Case continued to: **06/28/22** at **09:00am** for:
[ ] Jury Trial  [ ] Bench Trial  [X] Sentencing  [ ] Status

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits  [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds  [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
Deft oral motion to remove gps monitor condition is argued and Granted

**Deft is:** [ ] In Custody  [ ] Summons Issued  [X] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at**: $ _____  [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered  [ ] Deft Remanded  [ ] Deft Released on Bond  [X] Deft Continued on Bond