IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 1:21-cr-66-LMB-1 |
| TYLER PHAM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that the Order setting Conditions of Release [Dkt. No. 22] be and is MODIFIED as follows: defendant is no longer subject to GPS location monitoring, see id. at (q)(iv), and defendant is allowed to leave his home for the additional limited purpose of giving rides to his minor children to their extracurricular activities when necessary.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 1st day of April, 2022.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge