Giac Le
45434 Gable Sq
Sterling VA, 20164

June 18, 2022

Honorable Judge Brinkema,

My name is Giac Le, a Navy and Marine Corps Veteran, and longtime friend of Tyler Pham. I am writing you this correspondence in the hopes that it will help you to realize what kind of person Tyler is, despite the transgression that led us all to this point. I understand the seriousness of this matter and hope the court will show some leniency.

I have known Tyler as a friend since we were young teenagers over 25 years ago and during that time, I have seen countless aspects of Tyler's personality. I have always found him to be extremely kind, dependable, and most important of all loyal. He is family minded and other-centered. He would rather sacrifice himself to protect his family and friends. When I was discharged from the Military due to unforeseeable reasons, he was there and assisted me when I had nothing with my transition from the Military back into civilian life. He went out of his way to make sure my family and I was taken care of when he didn't have to.

I understand the trouble Tyler is in because he has shared those problems with me and expresses regrets for his actions. He is a great person. The love and loyalty to his family and friends encourage me to do the same to mine. To me, he has learned from this experience and will move forward with his life. I believe that an extended prison term will serve a tremendous hardship for his wife, two children.

It must be difficult for you to make decisions like this when you don't know the person standing in front of you, so I hope you will look at my letter and the countless others you're receiving and understand that Tyler is the kind of person around whom people rally. He has accepted responsibilities for his own actions and in the process did not betray or harmed anyone. I genuinely believe this must be commendable. It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Tyler Pham to be an honorable individual, a valuable member of society, and a good human being.

Sincerely,

Giac Le