Hoi Phan
5308 Juxon Place
Springfield, VA 22151

Dear Honorable Judge Leonie Brinkema,

I am writing to urge leniency in the sentencing of my brother-in-law Tyler Pham.
I have known Tyler Pham for more than 15 years, since I was still in high school. We lived together for more than 15 years, he has always been an older brother to me and my little sister, always been a good son-in-law to my parents, loved by all my relatives. After I graduated from high school, he paid for my college courses while I was attending a Technical Institution. I am now working for the Department of Defense as a full-time Cyber Security Analyst and all thanks to Tyler Pham. He is great person, even a greater dad to my nephew and niece. As a crazy world we got going on now, the kids really need him to be around, so please your honor, please lesser the sentence.
Everyone makes mistakes but we're all deserve a second chance.


Sincerely and Respectfully,
Hoi Phan