06/20/2022

Your Honor,

My name is Hung Nguyen. I am a federal employee working at United States Marine Corps.  I have known Tyler Pham since childhood from a youth group.   He is married and has two children.  A daughter who will be attending high school and a son who is in elementary school.  Besides having a family of his own, he also has an elderly parent who are living with him and under his care.

I recently had a conversation with him while driving him to attend his young son play football at an event.  He expressed deep concern that his children are growing up without the present of their father in their life. He was worried of their mental development and their confidence.  The burden and stress his wife will endure, while tending the children and her daily activities.  Prior to committing crime, he was a devoted father, husband, and son, and he remain dedicated to his family even now.  I was with him a few times picking up the children after their school activities.  He took them to events specific for children whenever he could and asked if I want to join.  At home, his wife and him were caregivers to his elderly parents.

Dear Honor, I ask you to review his case with compassion on his first offense.  He regretted for his wrongdoing and turned the course by turning himself in to the authorities to rectify the situation.  He is a sole provider in the family, and the children need him in their lives.

I thank you Honor for reading this letter and any consideration you give to this matter.


Respectfully,

*Hung Nguyen*

Hung Nguyen
7653 Long Pine Drive
Springfield, VA 22151