June 20th, 2022

Dear Your Honor Judge Leonie Brinkema,

My name is Huy Pham and I am one of Tyler's 13 siblings and the 4th older brother.  Even though there are many of us, Tyler and I are the closest.  We grew up together in the same home, room and on the same bunk bed.  We are close in age so we always hang out together and understand each other best.  He is one of the kindest people I know and was always there for me every time I needed him.  I remember when we were teenagers I needed money to buy a game I really wanted but did not have money for it, Tyler lent me money from his savings.  Over time he lent me money for various things totaling $400 and then told me not to worry about paying him back.  He was always that kind of person, just easy going and happy to help and be there for you.  It was only until he got married and moved out that we did not spend as much time together but he would always make sure he and his family come visit us including parents every weekend cooking and grilling food. Tyler loves and values his family the most.  And also a great father to his two children who adores him very much.  He never misses a football practice or cheerleading competition and attends church every Sunday with his family.  You can count on him to be there for any family events and good friends never forgets his invitation.  He is very likable by many people because he is a good person, family oriented, dependable and much more.  There is no excuse for what he did but as humans we all can make mistakes and make bad decisions in life but we can only truly learn from them if given the proper chance.   Our family has been greatly impacted emotionally from this ordeal.  We all love Tyler very much and truly feel if anyone, he deserves a second chance.  Please have leniency for my little brother.

Your honor, I want to thank you for taking the time to read my letter and your consideration in this important matter is greatly appreciated.

Sincerely,

Huy Pham