Dear Honorable Judge,

My brother in law has always played an influential role in my life. When things weren't going well at home, he was the first adult who listened with empathetic ears and gave me invaluable advice and support during critical and transformative adolescent years.

Growing up, he has always been known to be a family man. He introduced to me a version of a healthy and happy family dynamic that I had never seen in my life.

From road trips, to movie nights, to challenging and pushing me to outgrow limiting and self-sabotaging beliefs, he was always present in our lives.

These past three years have been unbelievably traumatic. While we are living in constant states of uncertainty and worry, my brother in law is still embodying his lighthearted and optimistic nature, clearly trying to alleviate the unspoken sorrow that each of us individually are going through, and making sure that the time we have together is filled with memories that remind us of who he has always been, not the person that had a brief chapter of misguided discernment.

I hope that you can be lenient on him, so he can go back to rebuilding his life with his wife (my sister), his teenage daughter who's entering milestone years, and his son who is growing out of his baby features by the day.

With Kindness,
Judy