Dear Honorable Judge Leone Brinkema,

My name is Julie Hoang and I am Tyler's niece. We come from a large, family-oriented catholic family. Today we are all very close knit with one another, but it hasn't always been that way. We have Tyler to thank for his strong sense of family & for truly being the glue that holds 60+ family members together. As you can imagine a family, no matter how big or small, can be difficult to remain so connected after a few years let alone decades. My uncle Tyler knows this very well being one of 14 siblings.  Yes, 14 siblings crazy I know. My grandparents are very catholic in believing the more the merrier! No matter how many times one relative or another of ours butted heads (in a family of 14 siblings, their spouses, 30+ nieces and nephews, and 4 great-nieces and great-nephews it can happen quite often) Tyler has ALWAYS been the first to deescalate the situation. He's always reminded us what's most important in life and where our priorities lay.

He's made the upmost efforts to connect the family through weekly dinners, frequent activities & several trips. My siblings, cousins, and I all have amazing childhood memories where uncle Tyler spent the time to take us to the bowling alleys, carnivals, beach trips and more. It may not sound life changing for a traditional American family. However as a first-generation American born citizen my immigrant parents often didn't have the time, money, or even awareness to provide us with these opportunities. Uncle Tyler saw this gap and took it upon himself to bring us kids up with opportunities many of our American peers experience. I felt less of an outsider because of him. For that I am forever grateful.

His kindness and generosity doesn't stop at just the 60+ I've already mentioned. Uncle Tyler is single-handedly responsible for reconnecting us with my grandfather's brother's family in Texas where my grandfather's brother had started a family just as big as ours. After the Vietnam War it was very common for families to lose track of one another. Unfortunately it was true of my grandfather and his siblings. Uncle Tyler tracked down his cousins and reconnected us all with a family reunion in Destin, Florida. The two families now keep in regular contact and we consistently get together for weddings, anniversaries, and holidays. His big heart and open mindedness are values I've always admired in him. If I've experienced this from him so many times being only one person, I can't even begin to truly imagine how many lives he has touched.

I'm very lucky to call him uncle. His children are very lucky to have him as their father and to be able to grow up in his presence. My family and I will be forever grateful for the opportunities and memories Tyler has given us. And we pray to have many more chances to do so in the future.

Thank you for your time.

Julie Hoang