From Kien Cao

2340 Carta Way, Apt 1052

Herndon, Va 20171

June 20, 2022

To the Honorable Judge Leonie Brinkema,

I am writing to urge leniency in the sentencing of my friend Tyler Pham. Tyler and myself have been friends for over 2 decade. He is a well-mannered  gentleman, trustful person, friendly, good sense of humor, a dedicated husband and father.

I am very well aware of the charges that is facing. Family is always on this mind and Tyler have confessed that missing time with his son, daughter and wife are the most heart ache he had to endure, because of his lack of judgement. I know he will learn from this experience and will not think of repeating it.

Tyler have shown the strength to accept the responsibility and consequences for his actions. I strongly believe this is admirable, I sincerely hope the court take this aspect of his character into consideration at the time of sentencing.

Sincerely,

Kien Cao