Lien Phan
13109 Pennypacker lane,
Fairfax, VA 22033

To the Honorable Judge Leonie Brinkema,

You may remember me; my name is Lien Phan Tyler's wife. With a heavy heart, I'm writing to you again. This time, not about me but about my husband; in hope that you Honor could get a better perception of who my husband really is as a person. I want to tell you about my husband, Tyler. With this trail and what you have been hearing and reading, it does not reflect the man that I know and the devoted father our kids look up to and love. He is the pillar of our family.

Tyler and I have been together for more than 20 years, that's more than half of our lives. We met through our neutral friends. We dated for couple years. He was always a caring boyfriend. I remembered when my dad got really sick, I was really worried about this health. I cried to Tyler and told him about my father's conditions. He comforted and told me that no matter what happen to my father and family, he promised to take care of us. From that moment on, I knew that this was a man I can count on and who I can spend the rest of my life with. And that was more than 15 years ago, and he kept his promise till this day.

We married for 15 years now; we have two beautiful kids together. Taylor, who is 15 years old and Eli, who is 8 years old. Tyler has always been a hands-on father. He loves spending time with the kids. He loves to take my daughter to her cheer's competitions and Eli to his football and soccer practices and games. He's always been presents in their lives. My kids love and adore him. I can't imagine what life for them would be like to live without their dad at such a critical age. My son is so attached to his dad right now, they do everything together. My husband would take him to Chantilly HS every evening to play football. I noticed lately, whenever Tyler is not around, Eli would ask "where is daddy?" I know Eli will be devastate and sad when Tyler is not around. My daughter is graduating in 2 years. I hope he is present to see her graduate, that's a parent's dream.

Tyler is not only a great dad but also extremely kind, dependable, and well regarded among his friends and family members. All his nephews and nieces love him very much. I remember, he would take all of them on little tripos and activities that our family may have. Whenever his nieces have problems, they would come to him for advice. He listened and talked to them; he is someone they can turn to.

I see the regrets and sorrows in his eyes. I see how much he worries about his kids and I when he is not around. I understand the seriousness of his crime and the harm that it brings to the community. It is unfortunate that he has made some bad decisions, a mistake caused by stupidity, but we all deserve a second chance in life. I believe a mistakes that you learn from and grow as a person is worth a second chance. Our family is suffering dearly every day, especially our kids. A home is not a home with a missing parent. I beg your Honor to give our

family a chance, to give our kids a chance to have their dad around. Without a father is very difficult for their upbringing. I sincerely hope your Honor take the letter into consideration at the time of sentencing and hope that your Honor will show some leniency. Thank you for your time and kind regards in this matter.

Sincerely,
Lien Phan