Michael Nguyen
12609 Westlodge Ct.
Herndon, VA 2010

Date: 06/20/2022

Re: Tyler Pham

To: The Honorable Judge Leonie Brinkema

I have known Tyler Pham and his family since 1999, Mr. Pham and his brothers are good friends of mine, we basically watched each other grew up over the years. Even though life has taken us on different paths, we kept in touch with one another like a family. I was both troubled and surprised to hear about his recent case as he has always been a good person and had morality in his actions. It is for this reason I am happy to write a letter of reference for Mr. Pham regarding this matter. I understand the seriousness of this matter, however, I hope the court will show some leniency.

Mr. Pham has always been an upright character in the community. In our friendship, he has really been there for me, especially when I was unemployed in 2014. He made it a point to be there and show a significant amount of support during a sudden and arduous job search. He had helped me achieve my first IT certification to get my foot in the door of the career I'm still currently in. He has truly been a good friend over the years.

In addition to our friendship, over the years I have witness Mr. Pham become a devoted husband and father. His day-to-day actions were to the best interest of his family, and it breaks my heart seeing that his wife and children could be separated from him. While it is unfortunate that he has made some bad decisions, thus resulting in this case, it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person. Mr. Pham expressed deep sense of remorse in making such a serious mistake and I believe in his ability to pay his debt to society.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Tyler Pham to be an honorable individual, a valuable member of my community, and a good human being.

Sincerely,

*Michael Nguyen*

Michael Nguyen