Tommy Hoang                                                                                                                                                                                                                                            June 18, 2022
10 Crescent Ct.
Sterling, VA 20164

Dear Honorable Judge Leonie Brinkema,

My name is Tommy Hoang, I am a self-employed businessman of Hoang LLC. We are a small family business and own a successful Vietnamese cuisine restaurant in Washington D.C for the past 13 years. I am writing to you pleading for leniency for one of my best friends of 25+ years, Tyler Pham. Tyler and I have been friends since childhood and spent most of our childhood every Sunday at Holy Martyrs of Vietnam Church in Arlington, VA. We attended bible study every week and participated in all activities such as summer camps and the youth religious program/activities. We received the Holy Confirmation and Communion together. I can personally attest to him being a solid individual throughout our childhood into adulthood. We didn't attend actual schools together, but he was my church buddy and was always a great influence. I looked forward to seeing Tyler every week. He was the oldest in our group and he stood out. Throughout our friendship, the first thing I would say about him was that he genuinely put his trust in our God which our families greatly admired about him. He was a natural and responsible group leader, caregiver, and mentor. He automatically took initiative without being asked and took on being big brother to not just myself but many others in our church study groups. Outside of church, we were very active in sports such as football and basketball. This allowed me to see other sides to Tyler's upbringing some might not see.

To this day, I can tell you that Tyler is trustworthy, loving & caring, and a devoted friend, son, husband, and father. I've never known Tyler to ever close his door on anyone in need. Tyler is well-known for being friendly, humble, and the most hilarious personality. He's always been hardworking which is a quality that I value very much. My parents came from poverty when coming to the U.S. and it's not something I take lightly. I've also watched him take his responsibility to his family very seriously.

Tyler's offense comes as a complete shock to me. I have been busy taking care of my own family and running a business and I regretfully feel grieved for not taking time to see how he was doing and for assuming he was fine. When he confessed to me recently that he had committed the offense, throughout the whole conversation I witnessed a myriad of emotions. It was painful to see the deep regret, sorrow, and fear in his voice and eyes and the helplessness. He expressed his deep desire to fix any underlying issues that led up to this moment and rehabilitation. He expressed his desperation to have your Honorable Judge to be lenient so that he may be able to support his wife and kids. Especially as a father myself, not only can I relate but I genuinely can see he really understands the gravity of how this could negatively affect his children's future.

As a friend, I am aware of his all his shortcomings and personal difficulties and remember many moments when I watched him push himself very hard to get past them and come up with positive resolutions. I remember when he pushed himself very hard to get his GED and later in his professional life, he created goals for himself such as when he became a real estate agent during the recession of 2008. I believe after a time, difficulties had to have overwhelmed him severely limiting his ability to cope. Ever since he spoke to me, despite the severity of the situation, I've noticed him pull himself together and the determination to be better. I've witnessed the affect this case has had on him and I'm proud to see him carry himself with a strong demeanor in front of his immediate family and the desire to better himself. I see not only a changed man, but a better man. He is a genuinely warm and caring person towards the young to the elderly.

Recently Tyler has shown a tenacious and persistent attitude in overcoming this mistake as efficiently and thoughtfully as he could. He takes time out to think about the grave consequences his actions have had not just on himself but the people it could have touched. I believe severe punishment will be detrimental not only just

to his family as he's the sole source of income and support but a person of society. Tyler has so much to offer to the community and I am pleading for leniency for his punishment and to be please consider how much better he could provide our world for years to come. I hope you will please consider my request.

Warm regards,

Tommy Hoang