Dear  Honorable Judge Leone Brinkema,

I am writing this letter pleading for leniency for one of my closest friend. He will be standing before you within next week. I've know him for quite a long time and I see that he is a very well respected person, a great husband and the best father to his 2 children. He made a mistake and has a great desire to reform himself. He wants to be there for his wife and raise his children and see them grow each and every day . This whole ordeal had brought some tough times to his family especially his wife, who had to work the hardest trying to hold the family together for the kids and make sure that their days are just like every other normal day. Please Your Honorable Judge, be lenient to him so that he can be there for his wife and kids as much as he could and get through this tough times with them.

Sincerely,
Quynh Dinh & Tiffany Chau .