# SENTENCING HEARING

Judge Leonie M. Brinkema

Date: 07/12/22  
Reporter: S. Austin  
Start: 9:03am        End: 9:16am

# UNITED STATES of AMERICA    CASE NUMBER: 1:21cr66
Vs.

TYLER PHAM

Counsel/Govt.: Michael Ben'Ary    Counsel/Deft.: Frank Salvato  
Court adopts PSI [ ] without exceptions [ ] with the following exceptions: _____

**SENTENCING GUIDELINES:**           Upon Motion of [ ] Deft [ ] Govt  
Offense Level: 33                    Court depart from G/L pursuant to:  
Criminal History: I                  [ ] USSG 5K1.1  
Imprisonment Range: 188 to 235 months    [x] USSG 5C1.2  
Supervised Release Range: 5 years to Life    [ ] USSG 5K2.12  
Restitution: $_____                 [ ] USSG 5H1.4  
Fine Range: $ 40,000.00 to $ 10,000,000.00    [ ] _____  
Special Assessment: $ 100.00 per Count

**JUDGMENT of the COURT:**  
BOP for 52 months, with credit for time served  
Supervised Release for 5 Years  
Supervised Probation for _____ Years  
Restitution: $ _____ payable to _____  
Fine: $ 1,000.00 [x] Due Immediately [x] Monthly payments of $ 50.00 to begin 60 days from release  
Special Assessment: $ 100.00 [ ]Satisfied [x] Due immediately  
Fine/Costs Waived [ ] Interest Waived [ ]

**SPECIAL CONDITIONS:**  
___ Home Confinement for the first _____ days/months of supervision, at the deft=s expense, w/leave as directed by Court.  
 x  Deft. to remain drug free, In/Out patient treatment as directed.  
   x Deft to pay costs            x Deft to waive privacy  
___ Deft. to participate in _____ counseling as directed.  
   ___Deft to pay costs as able      ___Deft to waive privacy  
___ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly payments of $_____to begin _____ days from release from custody.  
 x  Access to all financial information/records  
___ No New Credit/No Purchases over $_____ without prior approval.  
___ Drug Testing Waived  
___ Other: _____

**RECOMMENDATION TO BOP:**

 x  Deft. to be designated to a Facility as close to this area as possible.

 x  Residential Drug Abuse Treatment Program (RDAP)when eligible.

___ Other: _____.

Defendant: [ ] Remanded [x] Self Surrender/Bond cont.

Pgs 25-27 of psr reviewed with deft

Deft advised of appeal rights